In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney. (FREDERICK I. PEARSALL.) — Report of referee confirmed, and respondent directed to deposit with the clerk of the Supreme Court, within ten days, the sum of $400, concededly the property of his client, and which the proof conclusively shows the respondent to have unlawfully converted to his own use, and without the client's consent. The deposit of the money is

45

so directed to give the respondent an opportunity to have the amount of his alleged claim or lien thereon fixed by the official referee who heard the proceeding; any cost or expense incident thereto to be borne by the respondent. When this has been done and the matter is finally presented to the court, the question of disciplining the respondent will be passed upon. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.